JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 21-00047-AB (JCx) |
| Plaintiff, | [~~PROPOSED~~] |
| v. | CONSENT JUDGMENT OF FORFEITURE |
| $49,800.00 IN U.S. CURRENCY, | |
| Defendant. | |

Plaintiff, the United States of America ("the government or Plaintiff"), and potential claimant Latasha Saxton ("Potential Claimant") have made a stipulated request for the entry of this Consent Judgment.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1.    The government has given, and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court.  Potential Claimant and Plaintiff have filed a

stipulation to extend the time for Potential Claimant to respond
to the initial complaint in this action.  The government has not
received any other claims or answers, and the time for filing
claims and answers has expired.  This Court has jurisdiction over
the parties and the Defendant $49,800.00 in U.S. currency (the
"Defendant Currency").  Potential Claimant has agreed to the
forfeiture of $33,300.00 of the Defendant Currency.  Any other
potential claimants to the Defendant Currency other than Potential
Claimant are deemed to have admitted the allegations of the
complaint.  Nothing in this consent judgment is intended or should
be interpreted as an admission of wrongdoing by Potential
Claimant, nor should this consent judgment be admitted in any
criminal proceeding against Potential Claimant to prove any of the
facts relied upon to establish reasonable cause for the seizure of
the Defendant Currency.

2.   $16,500.00 of the Defendant Currency, without interest,
shall be released to Potential Claimant through her counsel.

3.   If the government elects to make the payment of
$16,500.00 by check, the check shall be payable to "Lentz Law Firm
Client Trust Account," and mailed to Latasha Sexton in care of her
attorney, Mr. Jacek Lentz at 9171 Wilshire Blvd., Suite 500,
Beverly Hills, CA 90210.  If the government elects to make the
payment by wire transfer, the funds shall be wire transferred to
the client trust account of Claimant's attorney Jacek W. Lentz.
Upon request from the government, Potential Claimant through her
attorney, shall provide personal identifiers and the necessary bank
information to complete the transfer.

4.    The remaining $33,300.00 of the Defendant Currency, together with all interest earned by the government on the total amount of Defendant Currency, is hereby forfeited to the government, and no other right, title, or interest shall exist therein.   The government shall dispose of the forfeited property in accordance with law.

5.    The Court finds that there was reasonable cause for the seizure of the Defendant Currency and the institution of this action.   This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

6.    Each of the parties shall bear its own fees and costs incurred in connection with this action.

IT IS SO ORDERED.


Dated: March 04, 2021

_____
THE HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE


Prepared by:


TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/
_____
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA